1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   BRIGGETT C. PHELPS CROWDER,          Case No.  23-cv-04412-TSH

8                  Plaintiff,
                                         **ORDER DIRECTING SERVICE**
9          v.

10  OFFICE OF PERSONNEL
    MANAGEMENT, et al.,
11
                   Defendants.
12

13          On September 5, 2023, the Court granted Plaintiff Briggett Phelps Crowder's application

14  to proceed in forma pauperis and screened her original complaint, finding it deficient under 28

15  U.S.C. § 1915(e).  ECF No. 5.  After Plaintiff filed a First Amended Complaint (ECF No. 7), the

16  Court again found it deficient and directed her to file a second amended complaint (ECF No. 8).

17  Plaintiff has now filed a Second Amended Complaint ("SAC").[1]  ECF No. 11.

18          To say that the SAC is not a model of good pleading is an understatement.  It is five pages

19  long, handwritten, rambling, and has almost no punctuation.  It has accusations against the

20  Oakland police, lengthy run-on sentences, accusations of corruption, and a lot of irrelevant

21  allegations.  But it is not hard to see the real claim here:  Plaintiff's husband was a veteran, she is

22  the beneficiary of his benefits, she alleges that she is being denied those benefits, and she is suing

23  the Department of Veterans Affairs, the Federal Employees Retirement Service, and the Office of

24  Personnel Management (Retirement Services).  At least at this stage in the case, for purposes of

25  screening to determine if there is something here that should be allowed to proceed, the Court

26  finds that the amended complaint states a claim, is not frivolous, and does not seek monetary relief

27

28  ─────────────────────────
    [1] Plaintiff inadvertently captioned her most recent pleading as a First Amended Complaint.

1   against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).  Accordingly,

2   the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the

3   Northern District of California shall serve, without prepayment of fees, a copy of the complaint,

4   any amendments or attachments, the affidavit, and this order upon Defendants.

5          **IT IS SO ORDERED.**

6

7   Dated: November 14, 2023

8

9                                                          THOMAS S. HIXSON
                                                           United States Magistrate Judge
10

11

12

United States District Court
Northern District of California

2