IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS CROWDER,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF PERSONNEL MANAGEMENT (RETIREMENT SERVICES), et al.,<br><br>    Defendants. | Case No. 23-cv-04412-CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Briggett Phelps Crowder, pro se, has brought this lawsuit against various federal agencies. The Court granted the agencies' initial motion to dismiss but permitted Phelps Crowder to amend her complaint as to the Federal Retirement Thrift Investment Board. <u>See</u> MTD Order (dkt. 35). Phelps Crowder filed an Amended Complaint (dkt 36), which Defendants now move to dismiss (dkt. 38).

Phelps Crowder's opposition to Defendants' motion was due on October 25, but she has failed to file any opposition.[1] Accordingly, the Court **ORDERS PHELPS CROWDER TO SHOW CAUSE** by **November 8** why this case should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). Failure to respond will result in dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2024

CHARLES R. BREYER
United States District Judge

---

[1] Notably, Phelps Crowder did not file an opposition to Defendants' motion to dismiss her original complaint either. MTD Order at 1 n.1.