IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGGETT C. PHELPS CROWDER,<br><br>   Plaintiff,<br><br>   v.<br><br>OFFICE OF PERSONNEL MANAGEMENT (RETIREMENT SERVICES), et al.,<br><br>   Defendants. | Case No. 23-cv-04412-CRB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff Briggett C. Phelps Crowder filed this action against several federal agencies. The Court granted Defendants' motion to dismiss Phelps Crowder's initial complaint, see Order Granting Mot. to Dismiss (dkt. 35), and she filed an amended complaint on September 27, 2024 (dkt. 36). Defendants again moved to dismiss (dkt. 38).

Phelps Crowder did not file a timely opposition to Defendants' motion to dismiss. The Court ordered her to show cause by November 8, 2024 why her action should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). See Order to Show Cause (dkt. 39). The Court expressly warned: "Failure to respond will result in dismissal of this action with prejudice." Id. at 1.

Phelps Crowder sent several emails to the Court's courtroom deputy (dkt. 41), but these emails do not answer the Court's Order to Show Cause, nor do they constitute a belated opposition to Defendants' motion to dismiss. As a result, and because the Court specifically warned Phelps Crowder of the consequences of her failure to respond, the Court **DISMISSES WITH PREJUDICE** all of her claims against Defendants.

**IT IS SO ORDERED.**

Dated: November 12, 2024

CHARLES R. BREYER
United States District Judge

2